**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **DCNC NORTH CAROLINA I, L.L.C.** | : | **CIVIL ACTIONS** |
| **and GOOSE MARSH, L.L.C.,** | : | |
| Appellants, | : | |
| | : | **No. 09-3775** |
| **v.** | : | **No. 09-3776** |
| | : | |
| **WACHOVIA BANK, N.A.,** | : | |
| Appellee. | : | |

## ORDER

AND NOW, this 13th day of November, 2009, after review of all the briefs in this bankruptcy appeal, it is hereby **ORDERED** that the Order of the bankruptcy court dated July 13, 2009 is **AFFIRMED**.  The Clerk is directed to mark these cases closed.

/s/ Norma L. Shapiro
_____
J.